### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00713-WYD-MJW

TODD CARTWRIGHT,

    Plaintiff,

v.

COAST PROFESSIONAL, INC., a California corporation,

    Defendant.

## MOTION FOR CLERK'S ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

    Comes now the Plaintiff, by counsel, and respectfully requests that the Clerk of the Court enter default against the Defendant pursuant to Fed. R. Civ. P. 55(a).

    The Defendant has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, and the time allowed for such pleading or defense has elapsed. The Defendant was served on the 16th day of April, 2007, and has not responded to the Summons and Complaint and Jury Demand, although more than 20 days have passed since service was made.

    The facts supporting the request for entry of default are more fully set forth in the accompanying Affidavit of David M. Larson in Support of Request for Entry of Default by Clerk.

Submitted this 24th day of May, 2007.

                                      s/ David M. Larson
                                      David M. Larson, Esq.
                                      405 S. Cascade Avenue Suite 305
                                      Colorado Springs, CO 80903
                                      (719) 473-0006
                                      Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of May, 2007, a true and correct copy of the foregoing Motion for Clerk's Entry of Default pursuant to Fed. R. Civ. P. 55(a) and Affidavit of David M. Larson in support of Motion for Clerk's Entry of Default was placed in the U.S. Mail, postage pre-paid addressed to the following interested parties:

Coast Professional, Inc.
14742 Newport Avenue Ste 108
Tustin, CA 92780

Coast Professional, Inc.
c/o The Corporation Company
1675 Broadway Ste 1200
Denver, CO 80202

                                      s/ David M. Larson