## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00713-WYD-MJW

TODD CARTWRIGHT,

      Plaintiff,

v.

COAST PROFESSIONAL, INC., a California corporation,

      Defendant.

---

## NOTICE OF DISMISSAL WITH PREJUDICE
_____

**COMES NOW** the Plaintiff by his undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay his or its own attorney's fees and costs.

Dated: June 1, 2007.

        _s/ David M. Larson_____
        David M. Larson, Esq.
        Attorney for the Plaintiff
        405 S. Cascade Avenue Suite 305
        Colorado Springs, CO 80903
        (719) 473-0006