IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00713-WYD-MJW

TODD CARTWRIGHT,

    Plaintiff,

v.

COAST PROFESSIONAL, INC., a California corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT, having reviewed the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and being fully advised in the premises, hereby

ORDERS that this case is **DISMISSED WITH PREJUDICE**, with each party to pay his or its own attorney's fees and costs.

Dated: June 4, 2007

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge